[No. 14183-7-III.    Division Three.    October 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIAS P. MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01672-2, Susan L. Hahn, J., entered July 5, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Munson, J.

[No. 18379-0-II.    Division Two.    October 11, 1996.]

DOROTHY M. WHITE, *Plaintiff*, v. STEVE WEST, ET AL., *Defendants*.

STEVE WEST, *Appellant*, v. BERNARD CARVALHO, ET AL., *Defendants*, FIRST AMERICAN TITLE INSURANCE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-04164-3, Frederick W. Fleming, J., entered May 20, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 18679-9-II.    Division Two.    October 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT S. RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 94-1-00174-9, H. John Hall, J., entered September 22, 1994. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J. Now published at 84 Wn. App. 1.